The People of the State of Illinois, Plaintiff-Appellee, *v.* John Earl Mebust, Defendant-Appellant.

(No. 75-20; )

Fifth District—June 6, 1975.

Opinion by Mr. JUSTICE G. MORAN.

Michael J. Costello, of Springfield, for appellant.

John H. Ward, State's Attorney, of Taylorville (Bruce D. Irish, of Illinois State's Attorneys Association, of counsel), for the People.